# FITZGERALD v STATE OF FLORIDA

## Case No. 90-0024 AC (A) 02, Lower Court Case No. 89-35527 TC A08

Fifteenth Judicial Circuit, Palm Beach County

February 11, 1991

### APPEARANCES OF COUNSEL

**Ellen Morris,** Assistant Public Defender, for appellant.

**Robert Jaegers,** Assistant State Attorney, for appellee.

Before COLBATH, LUPO, STEWART, JJ.

### OPINION OF THE COURT

COLBATH, J.

The Florida Legislature made clear, when it enacted Section 316.193, Fla. Stat., that persons convicted thereunder shall be responsible for all consequences attendant thereto.

Under that statute, it is a violation of the law to operate a motor vehicle with a blood alcohol level of 0.10 percent or higher. The blood alcohol level of a pedestrian victim is of no consequence.

It is uncontroverted that Appellant was operating her motor vehicle

with a blood alcohol level of 0.13. A miscreant driver cannot benefit after injuring a pedestrian who happens to have a higher blood alcohol. Neither can a criminal court apportion financial responsibility under such circumstances, *Stewart v Florida,* — So.2d —, 15 FLW 2194 (Fla. September 7, 1990).

Accordingly, the trial court is affirmed. LUPO, STEWART, JJ., concur.